IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEITH BOYE, | ) |
| | ) |
| Plaintiff, | ) 3:20-cv-00958-wmc |
| | ) |
| v. | ) Judge Conley |
| | ) Magistrate Judge Crocker |
| STEPHENSON NATIONAL BANK & TRUST, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

This matter comes before the Court on the Parties' Joint Motion to Transfer Venue:

IT IS HEREBY ORDERED THAT:

1. The Joint Motion to Transfer Venue motion is GRANTED.

2. The Clerk is directed to transfer this matter from the Western District of Wisconsin to the Eastern District of Wisconsin, Green Bay Division.

_____
William Conley
United States District Judge
Dated: 12/01/2020